DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MONOGRAM BUILDERS, INC.,

Appellant,

v.

ARCHITECTURAL PRODUCTS SALES, INC.,

Appellee.

No. 2D2025-0068

————————————————

February 11, 2026

Appeal from the Circuit Court for Pinellas County; Amy M. Williams, Judge.

Thamir A.R. Kaddouri, Jr., Penelope Rowlett, and David Fargason of Law Office of Thamir A.R. Kaddouri, Jr., P.A. Tampa, for Appellant.

Kimberly K. Berman of Marshall Dennehey, P.C., Fort Lauderdale; and Dante C. Rohr of Marshall Dennehey, P.C., Orlando, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.